# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:16–cv–00728–MRH

HARRIS v. BRONCS, INC
Assigned to: Judge Mark R. Hornak
Cause: 29:201 Fair Labor Standards Act

Date Filed: 06/02/2016
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**RICHARD HARRIS, JR.**
*individually and on behalf of all persons
similarly situated*

represented by **Alexandra Koropey Piazza**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875–3063
Fax: (215) 875–4604
Email: apiazza@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah R. Schalman–Bergen**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103–6365
215–875–3053
Fax: 215–875–4604
Email: sschalman–bergen@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shanon J. Carson**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
215–875–4656
Fax: 215–875–4604
Email: scarson@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BRONCS, INC**

represented by **Cory E. Ridenour**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place
Suite 1900
Pittsburgh, PA 15222
(412) 394–3333
Fax: (412) 232–1799
Email: cory.ridenour@ogletreedeakins.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James F. Glunt**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
412−394−3339
Fax: 412−232−1799
Email: jay.glunt@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2016 | Ï 1 | CLASS AND COLLECTIVE ACTION COMPLAINT against BRONCS, INC (Filing fee, including Administrative fee, $400, receipt number 0315−3979299), filed by RICHARD HARRIS, JR. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Summons for Broncs, Inc) (ksa) (Entered: 06/02/2016) |
| 06/02/2016 | Ï | Summons Issued as to *BRONCS, INC* (ksa) (Entered: 06/02/2016) |
| 06/03/2016 | Ï 2 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (jad) (Entered: 06/03/2016) |
| 06/03/2016 | Ï 3 | STANDING ORDER ON CIVIL MOTION PRACTICE Signed by Judge Mark R. Hornak on 6/3/16. (jad) (Entered: 06/03/2016) |
| 06/09/2016 | Ï 4 | SUMMONS/Return of Service Returned Executed by RICHARD HARRIS, JR. BRONCS, INC served on 6/8/2016, answer due 6/29/2016. (Schalman−Bergen, Sarah) (Entered: 06/09/2016) |
| 06/14/2016 | Ï 5 | NOTICE of Appearance by Shanon J. Carson on behalf of RICHARD HARRIS, JR. (Carson, Shanon) (Entered: 06/14/2016) |
| 06/14/2016 | Ï 6 | NOTICE of Appearance by Alexandra Koropey Piazza on behalf of RICHARD HARRIS, JR. (Piazza, Alexandra) (Entered: 06/14/2016) |
| 06/24/2016 | Ï 7 | NOTICE of Appearance by James F. Glunt on behalf of BRONCS, INC. (Glunt, James) (Entered: 06/24/2016) |
| 06/24/2016 | Ï 8 | NOTICE of Appearance by Cory E. Ridenour on behalf of BRONCS, INC. (Ridenour, Cory) (Entered: 06/24/2016) |
| 06/28/2016 | Ï 9 | Stipulation for Extension of Time to Answer by BRONCS, INC Answer due from BRONCS, INC on 7/29/2016. (Glunt, James) (Entered: 06/28/2016) |
| 06/28/2016 | Ï 10 | ORDER APPROVING 9 Stipulation for Extension of Time to File a Responsive Pleading. Defendant's time for filing either an answer to the Complaint or a motion pursuant to Fed. R. Civ. P. 12 is EXTENDED thirty (30) days, to July 29, 2016. Signed by Judge Mark R. Hornak on 6/28/16. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 06/28/2016) |
| 07/29/2016 | Ï 11 | MOTION to Change Venue by BRONCS, INC. (Attachments: # 1 Proposed Order) (Glunt, James) (Entered: 07/29/2016) |

| 07/29/2016 | Ї 12 | BRIEF in Support re 11 Motion to Change Venue filed by BRONCS, INC. (Attachments: # 1 Exhibit A) (Glunt, James) Modified on 8/1/2016 to correct typo. (ksa) (Entered: 07/29/2016) |
|---|---|---|
| 08/01/2016 | Ї 13 | ORDER. On or before August 16, 2016, counsel for the Plaintiff shall respond to 11 Motion to Change Venue. Signed by Judge Mark R. Hornak on 8/1/16. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 08/01/2016) |
| 08/16/2016 | Ї 14 | STIPULATION *to Transfer Venue (Joint)* by BRONCS, INC. (Attachments: # 1 Proposed Order) (Glunt, James) (Entered: 08/16/2016) |
| 08/16/2016 | Ї 15 | ORDER APPROVING 14 Stipulation to Transfer Venue. The Court hereby GRANTS the Joint Stipulation to Transfer Venue and TRANSFERS the instant case to the United States District Court for the Western District of Texas, Midland−Odessa Division, forthwith. Signed by Judge Mark R. Hornak on 8/16/16. (bdb) (Entered: 08/16/2016) |