# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **RICHARD HARRIS, JR., individually and on behalf of all others similarly situated,** § § § § | |
| *Plaintiff*, § | |
| § | **NO. MO:16-CV-00302-RAJ** |
| **v.** § § | |
| **BRONCS, INC.,** § | |
| *Defendant*. § | |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

BEFORE THE COURT is Plaintiff Richard Harris, Jr., individually and on behalf of all opt-in plaintiffs (collectively, "Plaintiffs") and Defendant Broncs, Inc.'s ("Defendant") Motion for Approval of Settlement. (Doc. 59). Plaintiffs and Defendant have arrived at a settlement and have requested court approval of their Settlement Agreement. (*Id*.). The Court has reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all Parties, reasonably resolves a bona fide disagreement between the Parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the Parties to fully and finally resolve all claims asserted. (Doc. 59-1). Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that the Joint Motion for Approval of Settlement is **GRANTED**, and the Settlement Agreement is **APPROVED**. (Doc. 59).

It is further **ORDERED** that the reference to the U.S. Magistrate Judge entered on August 22, 2016, is hereby **WITHDRAWN** and **VACATED.** (Doc. 22).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**, with costs of court and attorney's fees being assessed against the Party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 11th day of December, 2017.

_____
ROBERT JUNELL
SENIOR U.S. DISTRICT JUDGE